No. 75–1080.  FRANKLIN v. EDGAR R. LEVY CO. ET AL. C. A. 2d Cir.  Certiorari denied.

No. 75–1096.  LOCAL UNION No. 81, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO v. ALLIED EMPLOYERS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 75–1107.  HOLZMAN, TRUSTEE IN BANKRUPTCY v. ALFRED M. LEWIS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 75–1112.  GULF OIL CO., U. S., AKA GULF OIL CORP. ET AL. v. PALMER COAL & ROCK CO.  C. A. 10th Cir.  Certiorari denied.

No. 75–1159.  ANDERSON CO. ET AL. v. JOHN P. CHASE, INC.  C. A. 2d Cir.  Certiorari denied.

No. 75–1166.  COLUMBIA STEAMSHIP CO., INC. v. AMERICAN MAIL LINE, LTD., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 75–5741.  CLARK v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–5811.  McDANIEL v. UNITED STATES; and No. 75–5860.  MORRISON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–5840.  RIGGAN v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 75–5842.  SMITH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 75–5878.  McFALL v. GEORGIA.  Sup. Ct. Ga. Certiorari denied.